O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | SA 10-031M |
| | ) | |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (18 U.S.C. § 3142(i)) |
| MARIO HERNANDEZ MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |

I.

A.  (  ) On motion of the Government involving an alleged

    1.  (  ) crime of violence;

    2.  (  ) offense with maximum sentence of life imprisonment or death;

    3.  (  ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§  801,/951, et. seq..,/955a);

    4.  (  ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion (  ) (by the Government) / (  ) (by the Court sua sponte involving)

    1.  ( X)    serious risk defendant will flee;

    2.  (  ) serious risk defendant will

        a. (  )  obstruct or attempt to obstruct justice;

        b. (  )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1    II.

2    The Court finds no condition or combination of conditions will reasonable assure:

3    A. ( X )   appearance of defendant as required; and/or

4    B. ( ) safety of any person or the community;

5    III.

6    The Court has considered:

7    A. ( x ) the nature and circumstances of the offense;

8    B. ( x ) the weight of evidence against the defendant;

9    C. ( x ) the history and characteristics of the defendant;

10   D. ( ) the nature and seriousness of the danger to any person or to the community.

11   IV.

12   The Court concludes:

13   A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15   B. ( x )   History and characteristics indicate a serious risk that defendant will flee because:

16   **Defendant is undocumented.   He has no ties to the community and no bail**

17   **resources.**

18

19   C. ( ) A serious risk exists that defendant will:

20       1. ( )   obstruct  or  attempt to  obstruct  justice;

21       2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23   D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24       provided in 18 U.S.C. § 3142 (e).

25   ///

26   ///

27   ///

28   ///

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

8   Dated: February 4, 2010

Marc L. Goldman
U.S. Magistrate Judge